1  HUNTER PYLE, SBN 191125
   PAMELA KONG, SBN 220912
2  SUNDEEN SALINAS & PYLE
   1330 Broadway, Suite 1830
3  Oakland, CA 94612

4  Telephone:   510.663.9240
   Telefax:     510.663.9241
5
   Attorneys for Plaintiff
6  ZAHRA SEGDAGHATPOUR

7
                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA

9
   ZAHRA SEDAGHATPOUR,                    Case No. C 07-01802 WHA
10
          Plaintiff,                      STIPULATION AND [PROPOSED]
11                                        ORDER CONTINUING INITITAL
       vs.                                DISCLOSURE DEADLINE
12
   STATE OF CALIFORNIA, a public entity;
13 CALIFORNIA HIGHWAY PATROL, a public    The Honorable William H. Alsup
   entity; OFFICER J. SCHATMEIER #17021; DOE
14 OFFICER ONE; DOE OFFICER TWO; and DOES
   3-20, Jointly and Severally,
15
          Defendants.
16

17

18

19

20

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL DISCLOSURE
DEADLINE

-1-

1

2  WHEREAS, the Court has ordered the parties to complete initial disclosures by June 26, 2007;

3  WHEREAS, on June 18, 2007, Hunter Pyle, lead counsel for Plaintiff had a baby for the first
4  time;

5  WHEREAS, the parties have met and conferred on the continuance of the deadline to complete
6  initial disclosures and stipulate to the entry of an order to the following effect through their counsel of
7  record:

8  THE PARTIES HEREBY respectfully submit this stipulated request that the parties will complete initial
9  disclosures no later than July 10, 2007, or the next available date thereafter convenient to the court.

10 Dated: June 21, 2007                                    SUNDEEN SALINAS & PYLE
11
12                                                        By: _____
13
                                                          Hunter Pyle/Pamela Kong
14                                                        Attorneys for Plaintiff
15
16 Dated: June 21, 2007                                    ATTORNEY GENERAL OF THE STATE OF
                                                          CALIFORNIA
17
18                                                        By: _____
                                                          DEPUTY ATTORNEY GENERAL
19                                                        Tom Blake/John P. Devine
                                                          Attorneys for Defendants
20

21

22

23

24

25

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL DISCLOSURE DEADLINE**

-2-

## [PROPOSED]ORDER OF THE COURT

IT IS HEREBY ORDERED that:

(1) The parties will complete initial disclosures no later than __July 10_____, 2007.

Dated: __June 25, 2007.___    _____
The Honorable Judge William Alsup

IT IS SO ORDERED
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL DISCLOSURE DEADLINE**

**-3-**