UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>July 12, 2007</u>

Case No.  <u>C 07-01802 WHA</u>

Title: <u>ZAHRA SEDAGHATPOUR</u>  v. <u>STATE OF CALIFORNIA</u>

Plaintiff Attorneys: Hunter Pyle

Defense Attorneys: John Devine; Tom Blake

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Jim Yeomans</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   <u>                                                        </u>

Complete Initial Disclosures (Rule 26): 7/31/07

Discovery Cutoff: 12/14/07

Designation of Experts: 12/14/07

Last Day to File Motion: 1/31/08

Continued to <u> </u> for Further Case Management Conference

Continued to  <u>4/7/08 at 2:00pm</u>  for Pretrial Conference

Continued to  <u>4/21/08 at 7:30am</u>  for Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.  Plaintiff needs to serve DOES defendants by 8/10/07.

By 8/24/07, parties shall meet and confer and submit a proposed schedule for taking depositions. By 8/31/07, plaintiff can depose the two officers and defendant can depose the plaintiff for a total of four hours, without prejudice.