# SUNDEEN SALINAS & PYLE

ATTORNEYS AT LAW

**1330 BROADWAY, SUITE 1830**
**OAKLAND, CALIFORNIA  94612**

RUBEN SUNDEEN
ROBERT SALINAS
HUNTER PYLE
PAMELA KONG

TELEPHONE  (510) 663-9240
FACSIMILE   (510) 663-9241
hpyle@ssrplaw.com
www.ssrplaw.com

August 6, 2007

*By U.S. Mail and email to:*

Honorable William Alsup
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

>   Re:   <u>Sedaghatpour v. State of California, et al.</u>
>         **United States District Court, Northern District of California**
>         **Case No.  C 07-01802 WHA**

Dear Judge Alsup,

Enclosed please find a Stipulation and Proposed Order regarding a proposed First Amended Complaint in the above-referenced matter.  As the Stipulation indicates, opposing counsel does not oppose Plaintiff's request for leave to file the proposed First Amended Complaint.

Thank you in advance for your consideration of this request.

>   Sincerely,
>
>   SUNDEEN SALINAS & PYLE
>
>   /S/
>
>   Hunter Pyle

HP:dd
*Cc:*   *Tom Blake, Esq.*
*Encl:  Stipulation*
       *Proposed FAC*