1 | **HUNTER PYLE, SBN 191125**
**PAMELA KONG, SBN 220912**
2 | SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
3 | Oakland, California 94612

4 | Telephone: (510) 663-9240
Facsimile: (510) 663-9241
5 |

hpyle@ssrplaw.com, pkong@ssrplaw.com
6 |

Attorneys for Plaintiff
7 | ZAHRA SEDAGHATPOUR

8 | **EDMUND G. BROWN JR.**
**TOM BLAKE, SBN 51885**
9 | **JOHN P. DEVINE, SBN 170773**
Attorney General of the State of California
10 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664
11 |

Telephone: (415) 703-5506
12 | Facsimile: (415) 703-5480

13 | tom.blake@doj.ca.gov

14 | Attorneys for Defendants STATE OF CALIFORNIA,
Actingby and through DEPARTMENT OF CALIFORNIA
15 | HIGHWAYPATROL and California Highway Patrol
OFFICER J. SCHATMEIER
16 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ZAHRA SEDAGHATPOUR, | Case No. C 07-01802 WHA |
|---|---|
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING FIRST AMENDED COMPLAINT** |
| vs. | |
| STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL, a public entity; OFFICER J. SCHATMEIER #17021; DOE OFFICER ONE; DOE OFFICER TWO; and DOES 3-20, Jointly and Severally, | |
| Defendants. | |

**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING FIRST AMENDED COMPLAINT**
SEDAGHATPOUR v. STATE OF CALIFORNIA et al., Case No. C 07-01802 WHA
-1-

## STIPULATION

Defendants STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL, a public entity; OFFICER J. SCHATMEIER #17021, by and through their attorneys of record, hereby stipulate that they do not oppose the request of plaintiff ZAHRA SEDAGHATPOUR for leave to file the First Amended Complaint that is attached hereto as Exhibit A.

Dated: August 6, 2007

SUNDEEN SALINAS & PYLE

By: _____
Hunter Pyle

Attorneys for Plaintiff
ZAHRA SEDAGHATPOUR

Dated: August 2, 2007

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: _____
TOM BLAKE

Attorneys for Defendants
STATE OF CALIFORNIA,
acting by and through
DEPARTMENT OF CALIFORNIA
HIGHWAYPATROL and
California Highway Patrol
OFFICER J. SCHATMEIER

**STIPULATION AND PROPOSED ORDER REGARDING FIRST AMENDED COMPLAINT**
SEDAGHATPOUR v. STATE OF CALIFORNIA et al., Case No. C 07-01802 WHA
-2-

## ~~PROPOSED~~ ORDER

Defendants STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL, a public entity; OFFICER J. SCHATMEIER #17021, by and through their attorneys of record, having stipulated that they do not oppose the request of plaintiff ZAHRA SEDAGHATPOUR for leave to file the First Amended Complaint that is attached hereto as Exhibit A, the Court hereby grants plaintiff ZAHRA SEDAGHATPOUR leave to file the First Amended Complaint that is attached hereto as Exhibit A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:     August 13, 2007



_____
HON. WILLIAM ALSUP
United States District Judge

**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING FIRST AMENDED COMPLAINT**
SEDAGHATPOUR v. STATE OF CALIFORNIA et al., Case No. C 07-01802  WHA
-3-