IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZARA SEDAGHATPOUR,

    Plaintiff,

v.

STATE OF CALIFORNIA, a public entity, CALIFORNIA HIGHWAY PATROL, a public entity, OFFICER J. SCHATMEIER #17021, DOE OFFICER ONE, DOE OFFICER TWO, and DOES 3–20, jointly and severally,

    Defendant.

No. C 07-01802 WHA

**ORDER SETTING HEARING ON DISCOVERY DISPUTE AND BRIEFING SCHEDULE**

    The Court is in receipt of the parties' letters concerning their discovery disputes. An in-court hearing is set for **WEDNESDAY, AUGUST 15, 2007, AT 4:30 P.M.** Please respond to the letters by **NOON ON TUESDAY, AUGUST 14**. Please make sure the parties have met and conferred prior to the hearing or the hearing will be cancelled.

    **IT IS SO ORDERED.**

Dated: August 13, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE