# SUNDEEN SALINAS & PYLE

ATTORNEYS AT LAW

**1330 BROADWAY, SUITE 1830**
**OAKLAND, CALIFORNIA  94612**

RUBEN SUNDEEN
ROBERT SALINAS
HUNTER PYLE
PAMELA KONG

TELEPHONE  (510) 663-9240
FACSIMILE   (510) 663-9241
hpyle@ssrplaw.com
www.ssrplaw.com

August 14, 2007

*By efiling and hand delivery to:*

Honorable William Alsup
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

> **Re:**   **Sedaghatpour v. State of California, et al.**
> **United States District Court, Northern District of California**
> **Case No.  C 07-01802 WHA**

Dear Judge Alsup,

Please consider this letter to be a response to Defendants' August 9, 2007, request for a protective order in the above-referenced matter.

The cases cited by Defendants are not applicable to the facts of this case because they do not involve circumstances in which the party seeking the protective order failed to timely object to an applicable request for production of documents. *See Cesar Torres-Paulett v. Tradition Mariner, Inc.* (C.D.Cal.1994) 157 F.R.D. 487; *McCoy v. General Motors Corp.* (W.D.Pa.1963) 33 F.R.D. 354; *Parla v. Madison Navigation Co.* (S.D.N.Y.1961) 28 F.R.D. 348; *Poppo v. AON Risk Sers.* (S.D.N.Y.2000) 49 Fed.R.Serv.3d 120; *Cimpollone v. Liggett Group, Inc.* (3d Cir.1986) 785 F.2d 1108.

Here, as set forth in Plaintiff's motion to compel, the audio tape at issue is directly responsive to Plaintiff's second request for production.  Defendants failed to serve timely objections to this request for production.  Accordingly, they have waived their right both to object to it, and to seek an order from the Court seeking deferral of disclosure.  *Willard v. Constellation Fishing Corp.* (D.Mass.1991) 136 F.R.D. 28, 31 (ruling that "[D]efendant's counsel, by failing to file a timely objection to disclosure of the plaintiff's statement at the time required by the Rule, waived any objection to disclosure and waived any right to seek an order from the Court seeking deferral of disclosure.")

Indeed, in *Cesar Torres-Paulett*, the court distinguished that case from *Willard* on the grounds that in *Willard* the defendant had failed to timely object to a request for production of the statement at issue.  157 F.R.D. 487, 489 (reasoning that, "The [Willard] court therefore held that defendant had waived any objection to production of plaintiff's statement before plaintiff's deposition was taken.")

*Honorable William Alsup*
*United States District Judge*
*Northern District of California*

*August 14, 2007*
*Page 2 of 2*

      For these reasons, Plaintiff respectfully requests that the Court deny Defendants' request for a protective order.

                                  Sincerely,

                                    SUNDEEN SALINAS & PYLE

                                    /S/

                                    Hunter Pyle

HP:dd