UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>August 15, 2007</u>

Case No.  <u>C 07-01802 WHA</u>

Title: <u>ZARA SEDAGHATPOUR</u>  v.  <u>STATE OF CALIFORNIA</u>

Plaintiff Attorneys: Hunter Pyle

Defense Attorneys: John Devine; Tom Blake

Deputy Clerk:  <u>Dawn Toland</u>          Court Reporter: <u>Kathy Powell</u>

**PROCEEDINGS**

1)   <u>Discovery Dispute Hearing - HELD</u>

2)   _____

Continued to __ for Plt's Motion to Enforce Judgment

Continued to __ for Pretrial Conference

Continued to __ for Jury Trial

**ORDERED AFTER HEARING:**