1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   ZARA SEDAGHATPOUR,                          No. C 07-01802 WHA
11              Plaintiff,
12      v.                                       **REQUEST FOR**
                                                 **FURTHER BRIEFING**
13   STATE OF CALIFORNIA, a public entity,
     CALIFORNIA HIGHWAY PATROL, a public
14   entity, OFFICER J. SCHATMEIER #17021,
     DOE OFFICER ONE, DOE OFFICER TWO,
15   and DOES 3–20, jointly and severally,
16              Defendants.
17   _____/
18       By **NOON** on **AUGUST 23, 2007**, the parties will each file briefs not to exceed three pages
19   (12-point font, double spaced, no footnotes) in support of their respective proposed orders.
20
21       **IT IS SO ORDERED.**
22
23   Dated:  August 21, 2007.
24                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
25
26
27
28

**United States District Court**
For the Northern District of California