EDMUND G. BROWN JR.
Attorney General of the State of California
TOM BLAKE, State Bar No. 51885
JOHN P. DEVINE, State Bar No. 170773
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5506
  Fax: (415) 703-5480
  Email: Tom.Blake@doj.ca.gov

Attorneys for Defendants State of California, Acting by and Through Department of California Highway Patrol, and California Highway Patrol Officer J. Schatmeier and California Highway Patrol Officer J. Soto

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ZAHRA SEDAGHATPOUR,**<br><br>                        Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                        Defendants. | C 07-01802-WHA<br><br>[Proposed] **ORDER CONCERNING DISCOVERY OF AUDIOTAPE AND TRANSCRIPT** |

    Defendants' motion for protective order and plaintiff's cross-motion to compel discovery of an audio tape of an interview of plaintiff by California Highway Patrol Sergeant D. Lecce were heard on August 15, 2006. Plaintiff appeared through her counsel, Hunter Pyle. Defendants appeared through their counsel, Deputy Attorneys General John Devine and Tom Blake.

    Having reviewed the parties' papers filed in support and in opposition and having heard argument of counsel, the court orders:

    The audio tape in question, that of an interview of plaintiff on the night of September 12-13, 2006, and a transcript thereof prepared by defendants, shall be provided to counsel for plaintiff on the day following the taking of plaintiff's initial deposition, such initial deposition to be taken

1  as previously ordered for a period of four hours or less without prejudice to the defendants' right
2  to depose plaintiff pursuant to Rule 30, Federal Rules of Civil Procedure.
3      Further, the court having previously allowed the depositions of the two individual
4  defendants (Officer Jon Schatmeier and Officer John Soto) to be taken after the plaintiff's
5  deposition for a total of four hours or less without prejudice to the plaintiff's right to take further
6  depositions pursuant to Rule 30, Federal Rules of Civil Procedure, the court orders that:
7      1) From August 15, 2007 until the conclusion of the parties' initial depositions, counsel for
8  the respective parties shall not provide the parties with police reports, statements, interview
9  reports, the complaint, the amended complaint, or other materials concerning the substantive
10 events of the September 12 and September 13, 2006 of which plaintiff complains.
11     2)  Counsel shall instruct their respective clients not to make any further review of police
12 reports, statements, interview reports, the complaint, the amended complaint, or other such
13 materials before their initial depositions are completed.
14     3)  Counsel shall not refresh the parties' recollections of the events of September 12 and
15 September 13, 2006 by reference to deposition testimony, police reports, statements, interview
16 reports, the complaint, the amended complaint, or other such materials, and shall instruct their
17 clients not to refresh their recollections of the substantive events of September 12 and September
18 13, 2006 by discussion among themselves or with others before their initial depositions are
19 completed.
20     4) Further, it being in the interest of justice to obtain the unvarnished recollection of the
21 parties, the court orders that the parties shall not attend the initial deposition of any other party
22 taken pursuant to the court's order allowing each side an initial four hours of depositions without
23 prejudice.
24     IT IS SO ORDERED.
25     Date:   August 27, 2007



28     WILLIAM ALSUP
    United States District Judge

[Proposed] Order Concerning Discovery of Audio Tape and Transcript     Segdaghatpour v. CHP
    C 07-01802-WHA

1

2  Prop Order re Audio Tape - -2007-08-16 - 40166178.wpd
   SF2007400892

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Concerning Discovery of Audio Tape and Transcript           Segdaghatpour v. CHP
                                                                             C 07-01802-WHA

3