IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZARA SEDAGHATPOUR,

    Plaintiff,

v.

STATE OF CALIFORNIA, a public entity, CALIFORNIA HIGHWAY PATROL, a public entity, OFFICER J. SCHATMEIER #17021, DOE OFFICER ONE, DOE OFFICER TWO, and DOES 3–20, jointly and severally,

    Defendants.

                                                 /

No. C 07-01802 WHA

**ORDER SETTING HEARING**

    The Court is in receipt of plaintiff's letter of September 7, 2007, concerning a discovery dispute. The Court sets the following schedule to resolve this dispute: Hearing on **FRIDAY, SEPTEMBER 14, 2007, AT 2:00 P.M.** Defendant must respond to plaintiff's letter by **NOON ON WEDNESDAY, SEPTEMBER 12, 2007**.

    **IT IS SO ORDERED.**

Dated: September 10, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE