1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZARA SEDAGHATPOUR,

        Plaintiff,

  v.

STATE OF CALIFORNIA, a public entity,
CALIFORNIA HIGHWAY PATROL, a public
entity, OFFICER J. SCHATMEIER #17021,
DOE OFFICER ONE, DOE OFFICER TWO,
and DOES 3–20, jointly and severally,

        Defendants.

_____/

No. C 07-01802 WHA

**ORDER RESETTING
DISCOVERY HEARING**

      The Court **RESETS** the hearing on the parties' discovery disputes from September 14 to **MONDAY, SEPTEMBER 17 AT 11:30 A.M.**  Plaintiff shall respond to defendant's September 12 letter no later than **NOON ON SEPTEMBER 14**.

      **IT IS SO ORDERED.**

Dated:  September 12, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE