UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 17, 2007

Case No.  C 07-01802 WHA

Title: SEDAGHTPOUR v. STATE OF CALIFORNIA

Plaintiff Attorneys: Hunter Pyle

Defense Attorneys: Tom Blake; John Devine

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   Discovery Dispute - HELD

2)

Continued to     for Further Case Management Conference

Continued to     for Pretrial Conference

Continued to     for Trial

**ORDERED AFTER HEARING:**

Defendant shall make and in-camera submission by 9/20/07.

Court set a two-step process directing plaintiff to not modify the notes at issue and for the defendant's expert to access the plaintiff's hard drive.