1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TOM BLAKE
   Deputy Attorney General, State Bar No. 51885
3  JOHN P. DEVINE
   Deputy Attorney General, State Bar No. 170773
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5506
    Fax:  (415) 703-5480
6   Email:  Tom.Blake@doj.ca.gov

7  Attorneys for Defendants California Highway Patrol

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      CIVIL DIVISION

| | |
|---|---|
| **ZAHRA SEDAGHATPOUR,** | C 07-01802-WHA |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

18   A hearing on discovery matters was heard on September 17, 2007.  Hunter Pyle appeared

19  for plaintiff, Zahra Sedaghatpour.  Deputy Attorneys General John Devine and Tom Blake

20  appeared for defendants.  After reviewing the papers filed by the parties and hearing the

21  argument of counsel, the Court orders as follows:

22   As to of Officer Jon Schatmeier's statement to California Highway Patrol investigators, the

23  statement will be submitted to the Court under seal.  The Court will review the officer's

24  statement and the parties' papers regarding the estoppel issue.  The court will determine the

25  necessity for further hearing as to the discoverablity of Officer Schatmeier's statement after

26  reviewing it.  After reviewing the estoppel issue, the court will determine whether a further

27  hearing is warranted to address the issue.

28   As to the hard drive of plaintiff Zahra Sedaghatpour's computer, plaintiff's counsel will

[Proposed] Order                                            Segdaghatpour, Zahra v. CHP
                                                            C 07-01802-WHA
                              1

produce the hard drive at counsel's office to enable Jon Berryhill of Computer Forensics, Inc., a forensic expert retained by the defense, to create an image of the hard drive. After the image of the hard drive is created, it will be sealed by the defendants' forensic expert and retained under seal by counsel for plaintiff.

By stipulation or by way of motion to protective order, the parties will arrange for Mr. Berryhill to examine the hard drive as to notes and meta-data concerning the incident that is the subject of the instant complaint without invading the contents of plaintiff's private material on the hard drive, including personal correspondence and financial data. The examination will be conducted at the Offices of Berryhill Computer Forensics Inc. in Benecia, California or such other place in the San Francisco Bay Area as Computer Forensics, Inc. may designate; plaintiff's counsel, or a representative of plaintiff's counsel, and plaintiff will be allowed to be present for the entire examination of the hard drive image by Mr. Berryhill.

After the defendants' forensic expert has completed the examination of the mirror image, the mirror image will be again placed under seal and retained in the custody of counsel for plaintiff until the conclusion of this litigation and the passage of any period for appeal.

IT IS SO ORDERED.

DATED: _____

William H. Alsup
United States District Judge

[Proposed] Order

Segdaghatpour, Zahra v. CHP
C 07-01802-WHA

2