**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZARA SEDAGHATPOUR,

    Plaintiff,

  v.

STATE OF CALIFORNIA, a public entity, CALIFORNIA HIGHWAY PATROL, a public entity, OFFICER J. SCHATMEIER #17021, DOE OFFICER ONE, DOE OFFICER TWO, and DOES 3–20, jointly and severally,

    Defendants.

No. C 07-01802-WHA

**DISCOVERY ORDER RE OFFICER SCHATMEIER'S STATEMENT**

The Court has read the typed statement of Officer Jon Schatmeier submitted in camera. The Court now rules that, the privilege having been waived by reason of a late and unexcused assertion of privilege, defense counsel shall provide a copy to plaintiff's counsel within five calendar days.

**IT IS SO ORDERED.**

Dated: September 25, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE