1  **HUNTER PYLE, SBN 191125**
   **PAMELA KONG, SBN 220912**
2  SUNDEEN SALINAS & PYLE
   1330 Broadway, Suite 1830
3  Oakland, CA 94612

4  Telephone:    510.663.9240
   Facsimile:    510.663.9241
5
   Attorneys for Plaintiff
6  ZAHRA SEGDAGHATPOUR

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10 | ZAHRA SEDAGHATPOUR, | Case No. C 07-01802 WHA |
11 | Plaintiff, | **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE** |
12 | vs. | |
13 | STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL, a public entity; OFFICER J. SCHATMEIER #17021; DOE OFFICER ONE; DOE OFFICER TWO; and DOES 3-20, Jointly and Severally, | |
14 | | Date:    10/18/2007
     | | Time:    8:00 a.m.
15 | | Ctrm:    9 (19th Floor)
     | | Judge:   Hon. William Alsup |
16 | Defendants. | |

17

18     Plaintiff ZAHRA SEDAGHATPOUR opposes Defendants' motion to dismiss and motion to

19  strike on the following grounds:

20     With respect to defendants STATE OF CALIFORNIA and CALIFORNIA HIGHWAY

21  PATROL, Plaintiff does not oppose their dismissal from this suit.  However, Plaintiff requests that this

22  dismissal be without prejudice, for the following reasons:

23     First, defendants STATE OF CALIFORNIA and CALIFORNIA HIGHWAY PATROL have

24  presented no reasons why their dismissal should be with prejudice.  Second, California Code of Civil

25  Procedure section 335.1 provides that the statute of limitations on Plaintiff's claims against these entities

1  is two years.  The incident at issue in this case occurred on September 12, 2006.  Accordingly, Plaintiff
2  is well within the statutory period for refiling against these Defendants in state court, should she decide
3  to do so.
4       With respect to defendant JOHN SOTO, Plaintiff does not oppose his dismissal from this suit.
5  However, Plaintiff requests that this dismissal be without prejudice, for the following reasons:
6  As with defendants STATE OF CALIFORNIA and CALIFORNIA HIGHWAY PATROL, the statute of
7  limitations on Plaintiff's claims against defendant SOTO has not yet run.  California Code of Civil
8  Procedure § 335.1.  Accordingly, defendant SOTO's dismissal should be without prejudice.
9       Finally, Plaintiff does not oppose Defendants' motion to strike the Doe allegations.

Dated:  September 27, 2007                SUNDEEN SALINAS & PYLE

                                          By: _____
                                               Hunter Pyle

                                          Attorneys for Plaintiff
                                          ZAHRA SEGDAGHATPOUR

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
AND MOTION TO STRIKE**

Case No. C 07-01802 WHA
-2-