1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | TOM BLAKE
Deputy Attorney General, State Bar No. 51885
3 | JOHN P. DEVINE
Deputy Attorney General, State Bar No. 170773
4 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
5 | Telephone: (415) 703-5506
Fax: (415) 703-5480
6 | Email: Tom.Blake@doj.ca.gov

7 | Attorneys for Defendants California Highway Patrol

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | CIVIL DIVISION

| ZAHRA SEDAGHATPOUR, | C 07-01802-WHA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

18 A hearing on discovery matters was heard on September 17, 2007. Hunter Pyle appeared
19 for plaintiff, Zahra Sedaghatpour. Deputy Attorneys General John Devine and Tom Blake
20 appeared for defendants. After reviewing the papers filed by the parties and hearing the
21 argument of counsel, the Court orders as follows:
22 As to of Officer Jon Schatmeier's statement to California Highway Patrol investigators, the
23 statement will be submitted to the Court under seal. The Court will review the officer's
24 statement and the parties' papers regarding the estoppel issue. The court will determine the
25 necessity for further hearing as to the discoverablity of Officer Schatmeier's statement after
26 reviewing it. After reviewing the estoppel issue, the court will determine whether a further
27 hearing is warranted to address the issue.
28 As to the hard drive of plaintiff Zahra Sedaghatpour's computer, plaintiff's counsel will

[Proposed] Order        Segdaghatpour, Zahra v. CHP
                                       C 07-01802-WHA

1

produce the hard drive at counsel's office to enable Jon Berryhill of Computer Forensics, Inc., a forensic expert retained by the defense, to create an image of the hard drive. After the image of the hard drive is created, it will be sealed by the defendants' forensic expert and retained under seal by counsel for plaintiff.

By stipulation or by way of motion to protective order, the parties will arrange for Mr. Berryhill to examine the hard drive as to notes and meta-data concerning the incident that is the subject of the instant complaint without invading the contents of plaintiff's private material on the hard drive, including personal correspondence and financial data. The examination will be conducted at the Offices of Berryhill Computer Forensics Inc. in Benecia, California or such other place in the San Francisco Bay Area as Computer Forensics, Inc. may designate; plaintiff's counsel, or a representative of plaintiff's counsel, and plaintiff will be allowed to be present for the entire examination of the hard drive image by Mr. Berryhill.

After the defendants' forensic expert has completed the examination of the mirror image, the mirror image will be again placed under seal and retained in the custody of counsel for plaintiff until the conclusion of this litigation and the passage of any period for appeal.

IT IS SO ORDERED.

DATED: September 24, 2007

_____
William H. Alsup
United States District Judge

[Proposed] Order

Segdaghatpour, Zahra v. CHP
C 07-01802-WHA

2