# SUNDEEN SALINAS & PYLE

ATTORNEYS AT LAW

**1330 BROADWAY, SUITE 1830**
**OAKLAND, CALIFORNIA  94612**

RUBEN SUNDEEN                                    TELEPHONE  (510) 663-9240
ROBERT SALINAS                                    FACSIMILE   (510) 663-9241
HUNTER PYLE                                          hpyle@ssrplaw.com
PAMELA KONG                                       www.ssrplaw.com

November 5, 2007

*By efiling and hand delivery to:*

Honorable Maria-Elena James
United States Magistrate Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

   Re: **Sedaghatpour v. State of California, et al.**
      **United States District Court, Northern District of California**
      **Case No.  C 07-01802 WHA**

Dear Judge James,

  The parties to this matter have reached a stipulation regarding the scope of an inspection of the plaintiff's hard drive, which is set for November 9, 2007.  (That stipulation will be efiled separately; for ease of reference, a copy is included with the hard copy of this letter.)

  Please consider this letter to be a request that the Court sign the enclosed proposed order, which reflects the terms of the stipulation.  Thank you for considering this request.

          Sincerely,

          SUNDEEN SALINAS & PYLE

          /S/

          Hunter Pyle

HP:dd
*Encl:  Stipulation*
    *Proposed Order*