| | |
|---|---|
| ZAHRA SEDAGHATPOUR,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　　　　Defendants. | C 07-01802-WHA<br><br>[PROPOSED] ORDER CONCERNING DISCOVERY OF PLAINTIFF'S HARD DRIVE<br><br>Date: November 9, 2007 |

Defendants STATE OF CALIFORNIA, a public entity, CALIFORNIA HIGHWAY PATROL, a public entity, OFFICER J. SCHATMEIER, #17021, by and through their attorneys of record, and plaintiff, ZAHRA SEDAGHATPOUR, by and through her attorneys of record, having reached the stipulation set forth above, the Court orders as follows:

The investigation regarding Plaintiff's hard drive, set for November 9, 2007, shall be limited to the following:

Evidence on Plaintiff's hard drive regarding when, how, where, by whom, and in what substantive way the files related to the notes attached hereto as Exhibit A were created, modified, copied, printed or accessed.

It is further ordered that the expert hired by defendants to conduct this investigation will not exceed the scope of this stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 6, 2007

_____
HON. MARIA ELENA JAMES
United States Magistrate Judge

[Proposed] Order　　　　　　　　　3