IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAHRA SEDAGHATPOUR,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, OFFICER JON SCHATMEIER, DOE OFFICER ONE, OFFICER JOHN SOTO, AND DOES 2–20,<br><br>Defendant.<br>_____/ | No. C 07-01802 WHA<br><br><br>**REQUEST TO MOVE TRIAL DATE** |

The Court requests that the parties agree to move the trial date to **APRIL 7, 2008**, because a criminal trial has been set for April 21, 2008. If the parties do not agree to move the trial date forward, they will trail on April 21, 2008.

**IT IS SO ORDERED.**

Dated: February 27, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE