**HUNTER PYLE, SBN 191125**
**PAMELA KONG, SBN 220912**
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, California 94612

Telephone: (510) 663-9240
Facsimile: (510) 663-9241

hpyle@ssrplaw.com, pkong@ssrplaw.com

Attorneys for Plaintiff
ZAHRA SEDAGHATPOUR

**EDMUND G. BROWN JR.**
**TOM BLAKE, SBN 51885**
**JOHN P. DEVINE, SBN 170773**
Attorney General of the State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664

Telephone: (415) 703-5506
Facsimile: (415) 703-5480

tom.blake@doj.ca.gov

Attorneys for Defendants STATE OF CALIFORNIA, Actingby and through DEPARTMENT OF CALIFORNIA HIGHWAYPATROL and California Highway Patrol OFFICER J. SCHATMEIER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAHRA SEDAGHATPOUR,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL, a public entity; OFFICER J. SCHATMEIER #17021; DOE OFFICER ONE; DOE OFFICER TWO; and DOES 3-20, Jointly and Severally,<br><br>   Defendants. | Case No. C 07-01802 WHA<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) AND ORDER THEREON** |

## STIPULATION

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff ZHARA SEDAGHATPOUR, by and through her attorneys of record, and defendants STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL, a public entity; OFFICER J. SCHATMEIER #17021, by and through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

Dated: February 26, 2008

SUNDEEN SALINAS & PYLE

By: /S/ _____
Hunter Pyle

Attorneys for Plaintiff
ZAHRA SEDAGHATPOUR

Dated: February 26, 2008

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /S/ _____
TOM BLAKE

Attorneys for Defendants
STATE OF CALIFORNIA,
acting by and through
DEPARTMENT OF CALIFORNIA
HIGHWAYPATROL and
California Highway Patrol
OFFICER J. SCHATMEIER

## ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing, this action is dismissed with prejudice, each party to bear its own attorneys fees and costs.

IT IS SO ORDERED

Dated: February 28, 2008.

HON. WILLIAM ALSUP
United States District Judge

*IT IS SO ORDERED — Judge William Alsup — United States District Court, Northern District of California*

STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2)
AND ORDER THEREON
SEDAGHATPOUR v. STATE OF CALIFORNIA et al., Case No. C 07-01802 WHA
-2-